NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re:  COOLIT SYSTEMS, INC.,**
*Appellant*

---

2022-1221

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00747.

--------------------------------------------------

**ASETEK DANMARK A/S,**
*Appellant*

**v.**

**COOLIT SYSTEMS, INC.,**
*Appellee*

---

2022-1259

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00825.

---

**ON MOTION**

————————————————

Before STARK, *Circuit Judge*.

# O R D E R

Upon consideration of the parties' joint motion to voluntarily dismiss Appeal No. 2022-1259, pursuant to Federal Rule of Appellate Procedure 42(b), and Asetek Danmark A/S's unopposed motion to withdraw from Appeal No. 2022-1221,

IT IS ORDERED THAT:

(1)  The motion to dismiss is granted.  Appeal No. 2022-1259 is dismissed.

(2)  Each side shall bear its own costs as to Appeal No. 2022-1259.

(3)  The motion to withdraw is granted.  Asetek Danmark is withdrawn from Appeal No. 2022-1221. The revised official caption and short caption for Appeal No. 2022-1221 are reflected in this order.

(4)  The United States Patent and Trademark Office (PTO) is directed to inform the court within 30 days of the date of filing of this order whether it intends to intervene in Appeal No. 2022-1221.

(5)  If the PTO elects to participate as intervenor, its brief is due within 40 days of the date of filing of its notification of election.  CoolIT Systems, Inc. may file its reply brief within 21 days of the date of filing of the PTO's brief.

(6)  If the PTO elects not to participate, CoolIT shall file its appendix within 10 days of the date of filing of the PTO's notice.

IN RE:  COOLIT SYSTEMS, INC.                                        3

    (7)  The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal No. 2022-1221.

FOR THE COURT

November 30, 2022                    /s/ Peter R. Marksteiner
       Date                              Peter R. Marksteiner
                                  Clerk of Court

cc:  United States Patent and Trademark Office

ISSUED AS A MANDATE (AS TO 2022-1259 ONLY):
November 30, 2022